GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2022 JUN -1 PM 6:17

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01213 TUC-CKJ(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          vs.<br><br>1.  Melissa Marie Boldan,<br>     Counts 1, 2-11<br><br>2.  Mark David Carrizosa,<br>     Counts 1, 12-29<br><br>                    Defendants. | No.<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a) &<br>924(a)(1)(D)<br>(Engaging in the Business of Dealing<br>Firearms Without a License)<br>Count 1<br><br>18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(Making False Statements in<br>Connection with Acquisition of<br>Firearms)<br>Counts 2-29<br><br>18 U.S.C. §924(d)<br>28 U.S.C. §2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about June and December 2020, in the District of Arizona, Defendants MELISSA MARIE BOLDAN and MARK DAVID CARRIZOSA, neither being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNTS 2-11

On or about the dates listed below, in the District of Arizona, Defendant MELISSA MARIE BOLDAN knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MELISSA MARIE BOLDAN, in connection with the purchase of each of the firearms below, stated that she was the actual transferee/buyer of the firearm, and was not an unlawful user of or addicted to any narcotic drug or controlled substance, whereas in truth and fact, she was knowingly acquiring the firearm on behalf of another individual and was an unlawful user of and addicted a narcotic drug and controlled substance:

| Count | Date | FFL | Firearm |
|---|---|---|---|
| 2 | 07/15/2020 | Sportsman's Warehouse | Stoeger STR-9C 9mm pistol |
| 3 | 07/16/2020 | Diamondback Shooting Sports | SAR USA B6C 9mm pistol |
| 4 | 07/23/2020 | SNG Tactical | Taurus G2 9mm pistol |
| 5 | 08/07/2020 | SNG Tactical | Bersa Thunder 380 .380 ACP pistol |
| 6 | 08/07/2020 | SNG Tactical | Taurus TX .22LR pistol |
| 7 | 08/18/2020 | SNG Tactical | Glock 44 .22LR pistol |
| 8 | 08/18/2020 | The Hub | Taurus G3C 9mm pistol |
| 9 | 09/08/2020 | SNG Tactical | Mossberg MC1SC 9mm pistol |
| 10 | 09/18/2020 | SNG Tactical | Taurus G2 9mm pistol |
| 11 | 09/18/2020 | SNG Tactical | Taurus G3 9mm pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 11-29

On or about the dates listed below, in the District of Arizona, Defendant MARK DAVID CARRIZOSA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm

by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant MARK DAVID CARRIZOSA, in connection with the purchase of each of the firearms below, stated that he was the actual transferee/buyer of the firearm, and was not an unlawful user of or addicted to any narcotic drug or controlled substance, whereas in truth and fact, he was knowingly acquiring the firearm on behalf of another individual and was an unlawful user of and addicted a narcotic drug and controlled substance:

| Count | Date | FFL | Firearm |
|-------|------|-----|---------|
| 12 | 08/20/2020 | SNG Tactical | SCCY Ind CPX-2 9mm pistol |
| 13 | 08/23/2020 | Sportsman's Warehouse | Canik TP9SF 9mm pistol |
| 14 | 08/24/2020 | Sportsman's Warehouse | Canik TP9SFX 9mm pistol |
| 15 | 08/28/2020 | SNG Tactical | Taurus G3C 9mm pistol |
| 16 | 08/31/2020 | Diamondback Shooting Sports | Taurus G2C 9mm pistol |
| 17 | 09/01/2020 | Diamondback Shooting Sports | Canik TP9SF 9mm pistol |
| 18 | 09/03/2020 | SNG Tactical | Taurus G2C 9mm pistol |
| 19 | 09/04/2020 | SNG Tactical | Taurus G3 9mm pistol |
| 20 | 09/05/2020 | Sportsman's Warehouse | Stoeger STR-9C 9mm pistol |
| 21 | 09/06/2020 | Sportsman's Warehouse | Taurus G3 9mm pistol |
| 22 | 09/08/2020 | SNG Tactical | IWI Jericho11 9mm pistol |
| 23 | 09/15/2020 | SNG Tactical | Polymer80 PFS9 9mm pistol |
| 24 | 09/15/2020 | SNG Tactical | Glock 43 9mm pistol |
| 25 | 10/09/2020 | SNG Tactical | Taurus G2 9mm pistol |
| 26 | 10/09/2020 | SNG Tactical | Taurus G2 9mm pistol |
| 27 | 11/01/2020 | Pawn 1st | CZ USA P-10C 9mm pistol |
| 28 | 11/08/2020 | Diamondback Shooting Sports | SAR USA SAR9T 9mm pistol |
| 29 | 11/08/2020 | Diamondback Shooting Sports | Walther PPS 9mm pistol |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Twenty-Nine of the Indictment, Defendants MELISSA MARIE BOLDAN and MARK DAVID CARRIZOSA shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28,

1  United States Code, Section 2461(c), any firearms involved in the commission of the

2  offense, including, but not limited to:

3

| Line # | Asset Description | Serial Number |
|--------|-------------------|---------------|
| 1 | Stoeger STR-9C 9mm pistol | T6429-20S01292 |
| 2 | SAR USA B6C 9mm pistol | T1102-18G00711 |
| 3 | Taurus G2 9mm pistol | ABG719437 |
| 4 | Bersa Thunder 380 .380 ACP pistol | K39466 |
| 5 | Taurus TX .22LR pistol | 1PT310188 |
| 6 | Glock 44 .22LR pistol | AEEV735 |
| 7 | Taurus G3C 9mm pistol | ABH797281 |
| 8 | Mossberg MC1SC 9mm pistol | 039880CP |
| 9 | Taurus G2 9mm pistol | ABJ922872 |
| 10 | Taurus G3 9mm pistol | ABJ922097 |
| 11 | SCCY Ind CPX-2 9mm pistol | 942520 |
| 12 | Canik TP9SF 9mm pistol | 20BH13155 |
| 13 | Canik TP9SFX 9mm pistol | 20BC25739 |
| 14 | Taurus G3C 9mm pistol | ABH841117 |
| 15 | Taurus G2C 9mm pistol | ABH828302 |
| 16 | Canik TP9SF 9mm pistol | 20AT19987 |
| 17 | Taurus G2C 9mm pistol | ABJ879280 |
| 18 | Taurus G3 9mm pistol | ABJ868392 |
| 19 | Stoeger STR-9C 9mm pistol | T6429-20S01238 |
| 20 | IWI Jericho11 9mm pistol | J2004417 |
| 21 | Polymer80 PFS9 9mm pistol | SA23892 |
| 22 | Glock 43 9mm pistol | AEUS634 |
| 23 | CZ USA P-10C 9mm pistol | C792917 |
| 24 | SAR USA SAR9T 9mm pistol | T1102-20CC50349 |
| 25 | Walther PPS 9mm pistol | BA1948 |

If any of the property described above, as a result of any act or omission of the

defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred

or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of

the court; d) has been substantially diminished in value; or e) has been commingled with

other property which cannot be divided without difficulty, it is the intent of the United

States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title

1 | 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said

2 | defendants up to the value of the above forfeitable property, including, but not limited to,

3 | all property, both real and personal, owned by the defendants.

4 |      All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States

5 | Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

6 |

7 | A TRUE BILL

8 | /s/

9 | FOREPERSON OF THE GRAND JURY
Dated: June 1, 2022

10 |

11 | GARY M. RESTAINO
United States Attorney

12 | District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

13 | /s/

14 | ANGELA W. WOOLRIDGE
Assistant U.S. Attorney

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

*United States of America v. Melissa Marie Boldan, et al*
*Indictment Page 5 of 5*